## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DIONE D. WILKINSON,** ) | |
| ) | |
| Plaintiff, ) | Case No. CIV-13-01130 |
| v. ) | Oklahoma County, Oklahoma |
| ) | Case No. CJ-2013-5416 |
| **BRAUM'S ICE CREAM & DAIRY,** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

TO:  Robert J. Wagner
    Jon J. Gores
    Wagner & Wagner
    4401 N. Classen Blvd., Ste. 100
    Oklahoma City, OK  73118-5038

TAKE NOTICE, that on the 22nd day of October, 2013, the defendant, Braum's Ice Cream & Dairy ("Braum's") filed with the Clerk of the United States District Court for the Western District of Oklahoma its Notice of Removal, together with copies of all process, pleadings, and orders served upon it in the action pending against it in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2013-5416, styled *Dione D. Wilkinson v. Braum's Ice Cream & Dairy* and that on the 22nd day of October, 2013, Braum's will file with the Court Clerk of said State Court, a copy of said Notice of Removal.

DATED this 22nd day of October, 2013.    Respectfully submitted,

                                               s/Leonard Court
                                               Leonard Court, OBA #1948
                                               Adam W. Childers OBA #18673
                                               Allen Hutson, OBA #30118
                                               CROWE & DUNLEVY
                                               20 North Broadway, Suite 1800
                                               Oklahoma City, OK  73102-8273
                                               (405) 235-7700 (Telephone)
                                               (405) 239-6651 (Telecopier)
                                               leonard.court@crowedunlevy.com
                                               adam.childers@crowedunlevy.com
                                               allen.hutson@crowedunlevy.com

                                               ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2013, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert J. Wagner
Jon J. Gores
Wagner & Wagner
4401 N. Classen Blvd., Ste. 100
Oklahoma City, OK  73118-5038
rjw@wagnerfirm.com
jjg@wagnerfirm.com

                                        s/Leonard Court
                                        LEONARD COURT