## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Dione D. Wilkinson, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-13-01130-R |
| Braum's Ice Cream & Dairy, | ) ) ) |
| Defendant. | ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE WITH REGARD TO THE PLAINTIFF'S CLAIMS AGAINST DEFENDANT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Dione D. Wilkinson, hereby stipulates with the defendant, Braum's Ice Cream & Dairy, that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

s/Allen Hutson
Leonard Court, OBA #1948
Adam Childers, OBA #18673
Allen Hutson, OBA #30118
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway
Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
leonard.court@crowedunlevy.com
adam.childers@crowedunlevy.com
allen.hutson@crowedunlevy.com
**Attorneys for Defendant BRAUM'S ICE CREAM & DAIRY**

                                  s/Robert J. Wagner
                                  Robert J. Wagner, OBA #16902
(*signed by Allen Hutson with permission of Robert J. Wagner*)
Wagner & Wagner
Robert J. Wagner, OBA #16902
Jon J. Gores, OBA #31068
4401 N. Classen Blvd., Ste. 100
Oklahoma City, OK  73118
(405) 521-9499
(405) 521-8994 (Facsimile)
rjw@wagnerfirm.com
**Attorneys for Plaintiff Dione D. Wilkinson**